PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT ||
|---|---|
| BY: ☐ INFORMATION ☑ INDICTMENT | CASE NO. 18-118 SECT. F MAG. 1 |
| Matter Sealed: ☐ Juvenile ☐ Other than Juvenile<br>☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added<br>☐ Indictment ☐ Charges/Counts Added<br>☐ Information | USA vs.<br>Defendant: RENE RIZAL<br>Address: LaMirada, CA |
| Name of District Court, and/or Judge/Magistrate Location (City)<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF LOUISIANA — EASTERN Divisional Office | |
| Name and Office of Person Furnishing Information on THIS FORM: Laura Orth<br>☒ U.S. Atty ☐ Other U.S. Agency<br>Phone No. (504) 680-3041 | ☑ Interpreter Required   Dialect: _____ |
| Name of Asst. U.S. Attorney (if assigned): Greg Kennedy/Mary Dee Carraway | Birth Date 1962   ☑ Male ☐ Female   ☐ Alien (if applicable) |
| **PROCEEDING** | |
| Name of Complainant Agency, or Person (& Title, if any)<br>USFWS/Ben Bryant | Social Security Number xxx-xx-5890 |
| ☐ person is awaiting trial in another Federal or State Court (give name of court) | **DEFENDANT** |
| | Issue: ☐ Warrant ☑ Summons |
| ☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District | Location Status:<br>Arrest Date _____ or Date Transferred to Federal Custody _____<br>☐ Currently in Federal Custody<br>☐ Currently in State Custody<br>  ☐ Writ Required<br>☐ Currently on bond<br>☐ Fugitive |
| ☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:<br>☐ U.S. Atty ☐ Defense<br>☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)<br>☑ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under | SHOW DOCKET NO.<br><br>MAG. JUDGE CASE NO.<br><br>Defense Counsel (if any): Elizabeth Carpenter<br>☐ FPD ☐ CJA ☑ RET'D<br>☐ Appointed on Target Letter |
| Place of offense: Jefferson Parish   County | ☐ This report amends AO 257 previously submitted |

| OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS ||||
|---|---|---|---|
| Total # of Counts 5   (for this defendant only) ||||
| Offense Level (1, 3, 4) | Title & Section/ (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
| 1 | 18 U.S.C. § 371 | conspiracy to smuggle wildlife and violate the Lacey Act | 1 |

PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION ☑ INDICTMENT

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile
☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☐ Indictment ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT EASTERN
DISTRICT OF LOUISIANA          Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: Laura Orth
☒ U.S. Atty ☐ Other U.S. Agency
Phone No. (504) 680-3041

Name of Asst. U.S. Attorney (if assigned): Greg Kennedy/Mary Dee Carraway

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
USFWS/Ben Bryant

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☑ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

Place of offense: Jefferson Parish    County

CASE NO. 18-118 SECT. F MAG. 1

USA vs.
Defendant: WAYNE ANDREWS

Address: Royal Oaks, CA

☑ Interpreter Required   Dialect: _____

Birth Date: 1971        ☑ Male  ☐ Alien (if applicable)
                         ☐ Female

Social Security Number xxx-2359

### DEFENDANT

Issue: ☐ Warrant ☑ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____
☐ FPD ☐ CJA ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts 5    (for this defendant only)

| Offense Level (1, 3, 4) | Title & Section/ (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 18 U.S.C. § 371 | conspiracy to smuggle wildlife and violate the Lacey Act | 1 |

PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ INFORMATION ☑ INDICTMENT

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile
☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☐ Indictment ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT — EASTERN
DISTRICT OF LOUISIANA — Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: Laura Orth
☒ U.S. Atty ☐ Other U.S. Agency
Phone No. (504) 680-3041

Name of Asst. U.S. Attorney (if assigned): Greg Kennedy/Mary Dee Carraway

PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
USFWS/Ben Bryant

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☑ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

Place of offense: Jefferson Parish   County

CASE NO. 18-118 SECT. F MAG. 1

USA vs.
Defendant: ALEX MADRIAGA
Address: Buena Park, CA 90620

☑ Interpreter Required   Dialect: _____

Birth Date: 1942
☑ Male ☐ Female
☐ Alien (if applicable)

Social Security Number: vvv-9596

DEFENDANT

Issue: ☐ Warrant ☑ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): Brian Capitelli
☐ FPD ☐ CJA ☑ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts: 5  (for this defendant only)

| Offense Level (1, 3, 4) | Title & Section/ (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 18 U.S.C. § 371 | conspiracy to smuggle wildlife and violate the Lacey Act | 1 |
| | | | |
| | | | |
| | | | |

PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT | |
|---|---|
| BY: ☐ INFORMATION ☑ INDICTMENT | CASE NO. 18-118 SECT. F MAG. 1 |
| Matter Sealed: ☐ Juvenile ☐ Other than Juvenile <br> ☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added <br> ☐ Indictment ☐ Charges/Counts Added <br> ☐ Information | USA vs. <br> Defendant: PAUL TALLMAN <br> Address: Destrehan, LA |
| Name of District Court, and/or Judge/Magistrate Location (City) <br> UNITED STATES DISTRICT COURT  EASTERN <br> DISTRICT OF LOUISIANA  Divisional Office | |
| Name and Office of Person Furnishing Information on THIS FORM <br> Laura Orth <br> ☒ U.S. Atty  ☐ Other U.S. Agency <br> Phone No. (504) 680-3041 | ☑ Interpreter Required  Dialect: _____ |
| Name of Asst. U.S. Attorney (if assigned) <br> Greg Kennedy/Mary Dee Carraway | Birth Date 1962  ☑ Male ☐ Female  ☐ Alien (if applicable) |
| PROCEEDING | |
| Name of Complainant Agency, or Person (& Title, if any) <br> USFWS/Ben Bryant | Social Security Number xxx-xx-2922 |
| ☐ person is awaiting trial in another Federal or State Court (give name of court) | DEFENDANT |
| | Issue: ☐ Warrant ☑ Summons <br> Location Status: <br> Arrest Date _____ or Date Transferred to Federal Custody _____ |
| ☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District | ☐ Currently in Federal Custody <br> ☐ Currently in State Custody <br>   ☐ Writ Required <br> ☐ Currently on bond <br> ☐ Fugitive |
| ☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: <br> ☐ U.S. Atty ☐ Defense <br> ☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.) <br> ☑ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under <br> SHOW DOCKET NO. _____ <br> MAG. JUDGE CASE NO. _____ | Defense Counsel (if any): William Gibbens <br> ☐ FPD ☐ CJA ☑ RET'D <br> ☐ Appointed on Target Letter |
| Place of offense Jefferson Parish  County | ☐ This report amends AO 257 previously submitted |

OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts 2  (for this defendant only)

| Offense Level (1, 3, 4) | Title & Section/ (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 18 U.S.C. § 371 | conspiracy to smuggle wildlife and violate the Lacey Act | 1 |
| 2 | 18 U.S.C. § 554 | smuggling goods from the U.S. | 2 |

PER 18 U.S.C. 3170

| | DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT | |
|---|---|---|
| BY: ☐ INFORMATION ☑ INDICTMENT | CASE NO. 18-118 SECT. F MAG. 1 | |

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile
☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☐ Indictment ☐ Charges/Counts Added
☐ Information

USA vs.
Defendant: **WILLIAM MCGINNESS**
Address: Buena Park, CA 90620

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT
DISTRICT OF LOUISIANA — EASTERN Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: Laura Orth
☒ U.S. Atty ☐ Other U.S. Agency
Phone No. (504) 680-3041

Name of Asst. U.S. Attorney (if assigned): Greg Kennedy/Mary Dee Carraway

☑ Interpreter Required   Dialect: _____

Birth Date: 1959
☑ Male   ☐ Female   ☐ Alien (if applicable)

Social Security Number: xxx-xx-5890

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
USFWS/Ben Bryant

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☑ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

Place of offense: Jefferson Parish   County

### DEFENDANT

Issue: ☐ Warrant ☑ Summons
Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____
☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): Robert Toale
☐ FPD ☐ CJA ☑ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts: 5 (for this defendant only)

| Offense Level (1, 3, 4) | Title & Section/ (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 18 U.S.C. § 371 | conspiracy to smuggle wildlife and violate the Lacey Act | 1 |
| 2 | 18 U.S.C. § 554 | smuggling goods from the U.S. | 2 |
| 3 | 16 U.S.C. §§ 3372(d)(2) and 3373(d)(3) | violations of the Lacey Act | 3-5 |