UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | * | CRIMINAL NO. 18-118 |
|---|---|---|
| VERSUS | * | SECTION: F |
| WILLIAM MCGINNESS | * | MAG.: M1 |

## ORDER

Considering the foregoing Motion,

IT IS HEREBY ORDERED that the arraignment currently scheduled for June 25, 2018, at 2:00 p.m., is hereby continued until the 2nd day of July, 2018, at 2:00 o'clock p.m.

In granting this Motion for Continuance, the Court makes the following findings:

The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

Accordingly, the Court finds the period of this continuance is excludable time under the Speedy Trial Act, Title 18, United States Code, Section 3161 et seq.

New Orleans, Louisiana, this 21st day of June, 2018.

_____
UNITED STATES MAGISTRATE JUDGE