## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 18-118 |
| VERSUS | SECTION "F" |
| WILLIAM MCGINNESS | VIOLATION: 18 USC § 371 |
| PAUL TALLMAN | 18 USC § 554 |
| ALEX MADRIAGA | 16 USC § 3372(d)(2) |
| WAYNE ANDREWS | 16 USC § 3373(d)(3)(A) |
| RENE RIZAL | 18 USC § 2 |

NOTICE OF TRIAL AND PRE-TRIAL CONFERENCE
(as to Defendant William McGinness)

Take Notice that this criminal case has been set for TRIAL on AUGUST 27, 2018, at 9:00 a.m. before Judge Martin L. C. Feldman, Federal Courthouse Building, 500 Poydras Street, Courtroom C-551, New Orleans, LA 70130.   A FINAL PRE-TRIAL CONFERENCE will be held on August 9, 2018 at 10:30 a.m.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

DATE: July 3, 2018
TO:
WILLIAM MCGINNESS
BUENA PARK, CA
**COUNSEL FOR MCGINNESS:**
ROBERT TOALE

PAUL TALLMAN
DESTREHAN, LA
**COUNSEL FOR TALLMAN:**
WILLIAM P. GIBBENS

ALEX MADRIAGA
BUENA PARK, CA
**COUNSEL FOR MADRIAGA:**
BRIAN CAPITELLI

WAYNE ANDREWS
ROYAL OAKS, CA
**COUNSEL FOR ANDREWS:**
PATRICK A. GIRAUD

RENE RIZAL
CERRITOS, CA
**COUNSEL FOR RIZAL:**
ELIZABETH CARPENTER

WILLIAM W. BLEVINS, CLERK
by: Cherie B. Stouder, Deputy Clerk

AUSA   GREGORY M. KENNEDY
DOJ/ENRD:  MARY DEE CARRAWAY

U.S. Marshal

U.S. Probation/Pretrial Services Unit

**JUDGE FELDMAN**

**MAGISTRATE JUDGE**

FOREIGN LANGUAGE INTERPRETER:
NONE

AGENCY:  U. S. FISH & WILDLIFE SERVICE
SPECIAL AGENT BEN BRYANT

If you change address, notify
Clerk of Court by phone,
(504) 589-7683