UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA



| UNITED STATES OF AMERICA | CRIMINAL |
|---|---|
| VS | NO: 053L 2:18CR00118-001 |
| WILLIAM MCGINNESS | SECTION: F |

### MOTION AND ORDER CONTINUING SENTENCE

Now comes Tamika M. Jackson, United States Probation Officer, and moves the Court for an order continuing the sentence in the above matter, which is set for March 4, 2020. The presentence report was filed less than 35 days prior to sentencing. A continuance will allow time for the parties to review the presentence report and file any necessary objections. Neither the defense counsel nor the Assistant United States Attorney have any objections to this continuance. Therefore, the probation officer moves the Court to continue sentencing for at least 35 days.

Tamika M. Jackson
U.S. Probation Officer



**ORDER** for William McGinness

Considering the foregoing, it is ordered that the sentencing presently set for March 4, 2020, be continued to _May 20, 2020_, at _1:30 pm_.
New Orleans, Louisiana, this _28th_ day of _February_ 20_20_.

_Martin L.C. Feldman_
Martin L.C. Feldman
District Judge