# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | * | CRIMINAL |
| --- | --- | --- |
| VERSUS | * | NO. 18-118 |
| WILLIAM MCGINNESS | * | SECTION: F |

## UNOPPOSED MOTION AND INCORPORATED MEMORANDUM TO CONTINUE SENTENCING

**NOW INTO COURT**, comes the defendant, William McGinness, by and through undersigned counsel, who respectfully moves this Honorable Court to continue the sentencing hearing in the above-captioned matter for the following reasons, to wit:

On or about December 11, 2019 the defendant, William McGinness, pled guilty to count one, Conspiracy, 18 USC § 371 and count four, knowingly submitting a false record of a wildlife that had been or was intended to be transported in foreign commerce in violation of the Lacey Act 16 USC § § 3372(d)(2) and 3373(d)(3)(A). The sentencing hearing is set for October 21, 2020 at 1:30 p.m.

Upon advice of counsel, the defendant, William McGinness requests that his sentencing hearing be continued until such time when he can appear in court and address the court personally as required under Rule 43(a)(3) of the Federal Rules of Criminal Procedure. He does not wish to proceed on October 21st because the global pandemic COVID-19 and the current difficulty and potential danger involved in airline travel, as well as the restrictions on travel in the City of New Orleans make that impossible and the court will be closed on the scheduled date for the hearing. His counsel has further advised him not to proceed by video and therefore, does not consent.

The defendant, William McGinness, respectfully requests that this matter be continued until a date on which it would be appropriate to conduct a sentencing hearing in the federal courthouse for the Eastern District of Louisiana.

It is, therefore, in the best interest of the defendant that the sentencing hearing be continued.

Assistant United States Attorney, Mary Dee Carraway, was contacted and on October 7, 2020 emailed that she has no objection to a continuance of the sentencing hearing.

**WHEREFORE**, for the above mentioned reasons, and the interest of justice, the defendant, William McGinness, respectfully requests a continuance of the sentencing hearing.

Respectfully submitted this 8th day of October, 2020.

/s/ Robert S. Toale
Robert S. Toale, LA Bar #01152
505 Weyer Street
Gretna, LA 70053
Telephone: 504-368-8440
Email: office@robertstoale.com
Attorney for WILLIAM MCGINNESS

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Robert S. Toale
ROBERT S. TOALE
Attorney for William McGinness