UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | * | CRIMINAL |
| --- | --- | --- |
| VERSUS | * | NO. 18-118 |
| WILLIAM MCGINNESS | * | SECTION: F |

## ORDER

Considering the foregoing Unopposed Motion to Continue the Sentencing Hearing in the above-captioned matter and for the stated reasons;

**IT IS HEREBY ORDERED** that the sentencing hearing be continued from October 21, 2020 to the __3rd__ day of __February__, 2021 at __1:30__ o'clock __p__.m.

New Orleans, Louisiana, this __9th__ day of __October__, 2020.

_____
UNITED STATES DISTRICT JUDGE