# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | * | CRIMINAL |
|---|---|---|
| VERSUS | * | NO. 18-118 |
| WILLIAM MCGINNESS | * | SECTION:  F |

## UNOPPOSED MOTION AND INCORPORATED MEMORANDUM TO CONTINUE SENTENCING

**NOW INTO COURT**, comes the defendant, William McGinness, by and through undersigned counsel, who respectfully moves this Honorable Court to continue the sentencing hearing in the above-captioned matter for the following reasons, to wit:

On or about December 11, 2019 the defendant, William McGinness, pled guilty to count one, Conspiracy, 18 USC § 371 and count four, knowingly submitting a false record of a wildlife that had been or was intended to be transported in foreign commerce in violation of the Lacey Act 16 USC § § 3372(d)(2) and 3373(d)(3)(A). The sentencing hearing is set for February 3, 2021 at 1:30 p.m.

Upon suggesting to the court that it is not safe for the defendant, William McGinnis to travel to court at this time for a sentencing hearing. He lives in Southern California and has a history of heart problems that necessitate a pacer maker, and he also suffers from Chronic Obstructive Pulmonary Disorder (COPD), has severe damage to his lungs, requires inhalers, and is borderline diabetic. He is significantly at risk of contracting COVID-19. Further, he desires to appear in court for sentencing rather than address the court via video.

That further suggesting upon consulting and advice of counsel, the defendant, William McGinness requests that the sentencing hearing be continued until such time when he can appear in court safely and address the court personally as required under Rule 43(a)(3) of the Federal Rules of Criminal Procedure. He does not wish to proceed on February 3rd  because of the global pandemic of COVID-19 along with the current difficulty and potential danger involved in airline travel, as

well as the heighten risk. Experts are presently concerned about an exponential rise in COVID-19 cases. Also due to the increase incidence of COVID-19 in California and many states, the California Department of Public Health issued a travel advisory on January 6, 2021 to reduce the risk of virus transmission restricting non-essential travel to 120 miles from residence. His counsel has further advised him not to proceed by video.

The defendant, William McGinness, respectfully requests that this matter be continued until a date on which it would be appropriate to conduct a sentencing hearing in the federal courthouse for the Eastern District of Louisiana.

It is, therefore, in the best interest of the defendant that the sentencing hearing be continued.

Assistant United States Attorney, Mary Dee Carraway, was contacted and on January 7, 2021 emailed counsel that she has no objection to a continuance of the sentencing hearing.

**WHEREFORE**, for the above mentioned reasons, and the interest of justice, the defendant, William McGinness, respectfully requests a continuance of the sentencing hearing.

Respectfully submitted this 13th day of January, 2021.

/s/ Robert S. Toale
Robert S. Toale, LA Bar #01152
505 Weyer Street
Gretna, LA 70053
Telephone: 504-368-8440
Email: office@robertstoale.com
Attorney for WILLIAM MCGINNESS

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Robert S. Toale
ROBERT S. TOALE
Attorney for William McGinness