## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL** |
| **VERSUS** | * | **NO. 18-118** |
| **WILLIAM MCGINNESS** | * | **SECTION:  F** |

## ORDER

Considering the foregoing Unopposed Motion to Continue the Sentencing Hearing in the above-captioned matter and for the stated reasons;

**IT IS HEREBY ORDERED** that the sentencing hearing be continued from February 3, 2021 to the __28th__ day of _____April_____, 2021 at __1:30__ o'clock _p_.m.

New Orleans, Louisiana, this 14th day of _____January_____, 2021.

_____
UNITED STATES DISTRICT JUDGE