UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | * | CRIMINAL |
| VERSUS | * | NO. 18-118 |
| WILLIAM MCGINNESS | * | SECTION:  F |

### ORDER

Considering the foregoing Unopposed Motion to Continue the Sentencing Hearing in the above-captioned matter and for the stated reasons;

**IT IS HEREBY ORDERED** that the sentencing hearing be continued from April 28, 2021 to the  14th  day of  July , 2021 at  1:30  o'clock p .m.

New Orleans, Louisiana, this 20th day of  April , 2021.

_____
UNITED STATES DISTRICT JUDGE