UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 18-118 |
| VERSUS | SECTION "F" |
| WILLIAM MCGINNESS<br>PAUL TALLMAN<br>ALEX MADRIAGA<br>WAYNE ANDREWS<br>RENE RIZAL | VIOLATION: 18 USC § 371<br>18 USC § 554<br>16 USC § 3372(d)(2)<br>16 USC § 3373(d)(3)(A)<br>18 USC § 2 |

NOTICE OF SENTENCING
(As to William McGinness ONLY)
(Previously set for 4/28/2021)

Take Notice that this criminal case has been set for **SENTENCING** on **JULY 14, 2021** at **1:30 P.M.**, before **JUDGE MARTIN L.C. FELDMAN**, Federal Courthouse Building, Courtroom C551, 500 Poydras St., New Orleans, LA 70130.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

| | |
|---|---|
| DATE: April 21, 2021<br>TO:<br>WILLIAM MCGINNESS<br>BUENA PARK, CA | CAROL L. MICHEL, CLERK<br>by: Cherie B. Stouder, Deputy Clerk |
| **COUNSEL FOR MCGINNESS:**<br>ROBERT TOALE | AUSA   GREGORY M. KENNEDY<br>DOJ/ENRD:  MARY DEE CARRAWAY |
| PAUL TALLMAN<br>DESTREHAN, LA | U.S. Marshal |
| **COUNSEL FOR TALLMAN:**<br>WILLIAM P. GIBBENS<br>IAN ATKINSON | U.S. Probation/Pretrial Services Unit<br><br>**JUDGE FELDMAN** |
| ALEX MADRIAGA<br>BUENA PARK, CA | **MAGISTRATE JUDGE** |
| **COUNSEL FOR MADRIAGA:**<br>BRIAN CAPITELLI | FOREIGN LANGUAGE INTERPRETER:<br>NONE |
| WAYNE ANDREWS<br>ROYAL OAKS, CA | AGENCY:  U. S. FISH & WILDLIFE SERVICE<br>SPECIAL AGENT BEN BRYANT |
| **COUNSEL FOR ANDREWS:**<br>PATRICK A. GIRAUD | |
| RENE RIZAL<br>CERRITOS, CA | If you change address, notify Clerk of Court by phone, (504) 589-7683 |
| **COUNSEL FOR RIZAL:**<br>ELIZABETH CARPENTER | |