MINUTE ENTRY
FELDMAN, J.
JULY 14, 2021
JS10:  00:30

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL DOCKET |
| VERSUS | NO. 18-118 |
| WILLIAM MCGINNESS | SECTION  "F" |

**<u>SENTENCING</u>**

COURTROOM DEPUTY:   Cherie Stouder
COURT REPORTER:       Toni Tusa

APPEARANCES:   Mary Dee Carraway, Counsel for the Government
Robert S. Toale, Counsel for the Defendant
Tamika Jackson, U.S. Probation Officer
William McGinness, Defendant

Case called at 1:30 p.m.
All present and ready.
Defendant sentenced as to Counts 1 and 4 of the Indictment.
Statement by deft in mitigation of sentence.
Statement by counsel for defendant in mitigation of defendant's sentence.
Statement by Sharon McGinness, defendant's wife, in mitigation of sentence.
Government's oral motion to dismiss Counts 2, 3 and 5 of the Indictment – GRANTED
See Judgment.
The defendant was released.
Court adjourned at 2:00 p.m.